Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Branch, Byron M

Printed: 02/10/09

Case Number: 07 B 19295
Judge: Wedoff, Eugene R
Filed: 10/18/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed - No Disch: December 29, 2008
Confirmed: January 3, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 8,759.92 |  |
| Secured: |  | 1,222.62 |
| Unsecured: |  | 2,883.03 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,532.33 |
| Trustee Fee: |  | 500.41 |
| Other Funds: |  | 621.53 |
| Totals: | 8,759.92 | 8,759.92 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---:|---:|
| 1. Robert J Adams & Associates | Administrative | 3,532.33 | 3,532.33 |
| 2. American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 3. American Home Mortgage Servicing | Secured | 9,667.09 | 1,222.62 |
| 4. AAA Checkmate LLC | Unsecured | 1,350.39 | 1,350.39 |
| 5. Brother Loan & Finance | Unsecured | 1,532.64 | 1,532.64 |
| 6. Robert J Semrad & Associates | Priority |  | No Claim Filed |
| 7. American Recovery System | Unsecured |  | No Claim Filed |
| 8. American Recovery System | Unsecured |  | No Claim Filed |
| 9. United States Dept Of Education | Unsecured |  | No Claim Filed |
| 10. Certegy Payment Recovery Services Inc | Unsecured |  | No Claim Filed |
| 11. Nicor Gas | Unsecured |  | No Claim Filed |
| 12. Carson Pirie Scott | Unsecured |  | No Claim Filed |
| 13. Southern Illinois University | Unsecured |  | No Claim Filed |
| 14. Pellettieri & Associates | Unsecured |  | No Claim Filed |
|  |  | $ 16,082.45 | $ 7,637.98 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 145.55 |
| 6.5% | 284.70 |
| 6.6% | 70.16 |
|  | $ 500.41 |

Case 07-19295    Doc 30    Filed 02/10/09    Entered 02/10/09 09:20:06    Desc    Page 1 of 2    Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Branch, Byron M

Printed: 02/10/09

Case Number:  07 B 19295
Judge:  Wedoff, Eugene R
Filed:  10/18/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: